IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DANILO VILLEGAS,
        Plaintiff,

v.                                                                                    No. CV-10-1108 CG

ERIC HOLDER, *et al.*

        Defendants.

### ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED IN FORMA PAUPERIS

Before the Court is Plaintiff Danilo Villegas' *Application to Proceed in District Court Without Prepaying Costs or Fees* (Doc. 3). The Court has carefully reviewed Plaintiff's motion and finds that it is well-taken.

**IT IS THEREFORE ORDERED** that the motion is **GRANTED**. Plaintiff Villegas shall be entitled to proceed with this action without the prepayment of the filing fee, costs, or security therefor.

**IT IS FURTHER ORDERED** that the United States Marshal shall serve a copy of the Summons and Complaint personally upon the defendants as directed by the Clerk.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE