IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DANILO VILLEGAS

      Plaintiff,

vs.                                                   No. CIV 10-01108 BB/CEG

ERIC H. HOLDER, JR., ATTORNEY
GENERAL OF THE UNITED STATES,
JANET NAPOLITANO, SECRETARY FOR
DEPARTMENT OF HOMELAND SECURITY,
THE DIRECTOR OF THE UNITED STATES
CITIZEN & IMMIGRATION SERVICES,
 Et al.
      Defendants.

## STIPULATED ORDER

**THIS MATTER** having come before the Court upon Defendants' Motion for Extension of Time to Answer Plaintiff's Writ of Mandamus (Doc. 1), and the Court having reviewed the Motion and finding good cause, **GRANTS** Defendants' Motion.

**IT IS THEREFORE ORDERED** that the time in which Defendants may file their Answer to Plaintiff's Writ of Mandamus is extended for fourteen (14) days until March 11, 2011.

**SO ORDERED.**

*[signature]*

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE

Submitted by:

/s/ Via Email 2/24/2011
Randilynn M. Lord
Assistant United States Attorney
Counsel for Defendants